604 A.2d 108

MARIA GAYDOS, PLAINTIFF–APPELLANT, AND SERGIO BARCILON, ET AL., PLAINTIFFS, v. TIMOTHY GAYDOS, DEFENDANT–RESPONDENT.

November 28, 1990.

ORDER

This matter having been duly presented on plaintiff's notice of appeal as of right pursuant to *Rule* 2:2–1(a)(1), (2), and (4), and the Court having determined that plaintiff does not have an appeal as of right to this Court from the judgment of the Appellate Division, and good cause appearing;

It is ORDERED that the appeal be and hereby is dismissed.

604 A.2d 108

MARIA LUISA COSTELL GAYDOS, PLAINTIFF–APPELLANT, v. TIMOTHY GAYDOS, DEFENDANT–RESPONDENT.

November 28, 1990.

ORDER

This matter having been duly presented on plaintiff's notice of appeal as of right pursuant to *Rule* 2:2–1(a)(1), (2), and (4), and the Court having determined that plaintiff does not have an appeal as of right to this Court from the judgment of the Appellate Division, and good cause appearing;

It is ORDERED that the appeal be and hereby is dismissed.